AO91 (Rev. 12/03)  Criminal Complaint                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**            **CRIMINAL COMPLAINT**
             **vs.**
                                         Case Number: 7:18-po-13811

Damaso TERAN-Aguilar
IAE
Mexico 1965

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 25, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Damaso TERAN-Aguilar was encountered by Border Patrol Agents near Progreso, Texas on September 25, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on September 25, 2018 by rafting across the Rio Grande River near the Progreso, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

                                         /S/ Garcia, Claudia  Border Patrol Agent
                                         Signature of Complainant

                                         Garcia, Claudia   Border Patrol Agent
                                         Printed Name of Complainant

Sworn to before me and signed in my presence,

September 26, 2018                       at   McAllen, Texas
Date                                          City/State

Juan F Alanis            Magistrate Judge
   Name of Judge         Title of Judge                    Signature of Judge